IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONINA SANORIA and FELIPE SANORIA, Sr.,<br><br>       Plaintiffs,<br><br>   v.<br><br>WACHOVIA MORTGAGE and WELLS FARGO,<br><br>       Defendants.<br>_____/ | No. C 11-03331 CW<br><br>ORDER CONCERNING PLAINTIFFS' RESPONSES TO WACHOVIA'S MOTIONS |

   On August 4, 2011, Defendant Wachovia Mortgage, a division of Defendant Wells Fargo Bank, moved to dismiss Plaintiffs Antonina Sanoria and Felipe Sanoria, Sr.'s claims and strike portions of their complaint.  Plaintiffs' responses to Wachovia's motions were due August 18, 2011.  Civ. L.R. 7-3(a).  No response was received.

   Plaintiffs shall respond to Wachovia's motions by September 22, 2011.  Wachovia shall reply seven days after Plaintiffs' responses are filed.  Wachovia's motions will be decided on the papers.

   Plaintiffs' failure to comply with this Order will result in the dismissal of their claims against Wachovia for failure to prosecute.

   IT IS SO ORDERED.


Dated: 9/6/2011                  _____
                                 CLAUDIA WILKEN
                                 United States District Judge