IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONINA SANORIA and FELIPE SANORIA, Sr., <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA MORTGAGE and WELLS FARGO, <br><br> Defendants. _____/ | No. C 11-03331 CW <br><br> ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On August 4, 2011, Defendant Wachovia Mortgage, a division of Defendant Wells Fargo Bank, moved to dismiss all claims filed by Plaintiffs Antonina Sanoria and Felipe Sanoria, Sr. and to strike portions of their complaint. Plaintiffs' opposition was due by August 18, 2011. On September 6, 2011, after Plaintiffs, who are represented by counsel, failed to file any opposition, the Court gave Plaintiffs a further opportunity to respond by September 22, 2011. Docket No. 17. At that time, the Court warned Plaintiffs that failure to submit a response would result in dismissal of their action for failure to prosecute.

Plaintiffs have not filed an opposition. Thus, the Court dismisses Plaintiffs' action for failure to prosecute.

IT IS SO ORDERED.

Dated: 9/27/2011

CLAUDIA WILKEN
United States District Judge